**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOVITA THOMAS-WILLIAMS, an individual,

                Plaintiff,

v.

MGM GRAND DETROIT LLC, a Delaware limited liability company, MGM MIRAGE, INC., a Delaware corporation, and JOSEPH DAVIS, an individual,

                Defendants.
                                                /

CASE NO. 08-11030

HON. MARIANNE O. BATTANI

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Now before the Court is Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 22). The Court **GRANTS** the motion for the reasons stated on the record at the July 11, 2008, hearing.

**IT IS FURTHER ORDERED** that Defendant MGM Mirage, Inc. may file a motion to dismiss the First Amended Complaint on or before **August 1, 2008;** Plaintiff may file a response on or before **August 22, 2008;** and Defendant may file a reply on or before **August 29, 2008.** Oral argument on the motion is set for **September 15, 2008, at 3:00** in Room 277. Oral argument on Defendants' pending joint motion to dismiss is adjourned without date.

      **IT IS SO ORDERED.**

                                                s/Marianne O. Battani
                                                MARIANNE O. BATTANI
                                                UNITED STATES DISTRICT JUDGE

Date: 7/11/08

## CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically filed to counsel of record on this date.

DATED: 7/11/08

s/Colette Motowski
Secretary